

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-17-00833-CV

Bradford **COOPER**,
Appellant

v.

**M.N. GUMBERT CORPORATION** d/b/a S.O.T. Abrasives & Equipment, Gumbert M.N. Corporation, S.O.T. Abrasives, S.O.T. Abrasives, a Division of M.N. Gumbert Corporation, and Sandpiper of Texas, Abrasives and Equipment, a Division of M.N. Gumbert Corporation,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22048
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellees' motion for leave to file supplement to brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court